**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:	February 8, 2016

Courtroom Deputy:	Kathleen Finney
Court Reporter:	Tracy Weir
Probation Officer:	Erika Ball
Interpreter:	Susana Cahill

**Criminal Action No.  15-cr-00295-REB-DW**

*Parties:*                                                                                  *Counsel:*

UNITED STATES OF AMERICA,	Dondi Osborne

    Plaintiff,

v.

ERNESTO ALONZO-GARCIA,	Edward Harris
    a/k/a Ernesto Rodriguez,

    Defendant.

**SENTENCING MINUTES**

**9:59 a.m.**	**Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter: government and defendant stipulate as to interpreter's qualifications; interpreter sworn.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report.

Counsel for the government confirms that counsel has read the presentence report.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report with the defendant.

Also pending before the court the **United States' Sentencing Statement** [#38] filed January 26, 2016, the **Defendant's Motion for Variant Sentence** [#42] filed February 3, 2015; and the court takes judicial notice of the **Consent of Defendant** [#31] filed November 3, 2015, and the **Arraignment and Change of Plea Hearing** [#30] dated November 3, 2015.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1.   That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

   2.   That the findings and recommendations of Magistrate Judge West in the **Arraignment and Change of Plea Hearing** [#30] are approved and adopted by this court;

   3.   That pending motions are resolved as follows: the **Defendant's Motion for Variant Sentence** [#42] is **DENIED**;

   4.   That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

   5.   That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **16 months**, to be served consecutively to all previously imposed sentences in federal and state court, including but not limited to the sentences imposed previously by the District Court of San Miguel County, Colorado in criminal cases 14cr17 and 14cr18;

   6.   That no term of supervised release shall be imposed;

7. That if the defendant remains, or is found in the United States illegally, or if he possesses or uses a controlled substance illegall, or if he possesses or used a firearm, destructive device, or dangerous weapon as those terms are defined by federal law, he may be subject to further prosecution in federal court;

8. That no fine is imposed;

9. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

11. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the court.

**10:29 a.m.   Court in recess.**

Total time in court: 00:30

Hearing concluded.